UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWMONT CORPORATION and NEWMONT GHANA GOLD LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP UK LIMITED; MUNCHENER RUCKVERSICHERUNGS-GESELLSCHAFT; SCOR SE; SWISS REINSURANCE COMPANY LIMITED; STARR INTERNATIONAL (EUROPE) LIMITED; ZURICH AMERICAN INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. B0180ME2222520; CANOPIUS CORPORATE CAPITAL LIMITED, SUBSCRIBING TO POLICY NO. B0180ME2218821; HISCOX DEDICATED CORPORATE MEMBER LIMITED, SUBSCRIBING TO POLICY NO. B0180ME2218751; and LLOYD'S UNDERWRITER SYNDICATE NO. 0382 HDU SUBSCRIBING TO POLICY NO. B0180ME2218783,<br>　　　　　　　　　　Defendants. | Civil Action No.: 1:24-cv-05298 (MMG) |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Certain Underwriters at Lloyd's, London Subscribing to Policy No. B0180ME2222520 makes the following disclosure:

The only syndicate that subscribes to Policy No. B0180ME2222520 is Lloyd's Syndicate 1183 TAL. Lloyd's Syndicate 1183 TAL's sole member is Talbot 2002 Underwriting Capital Ltd. Talbot 2002 Underwriting Capital Ltd. is a Private limited Company formed under the laws of the United Kingdom, with a principal place of business in the United Kingdom.

Dated: New York, New York
October 17, 2024

**MOUND COTTON WOLLAN & GREENGRASS LLP**

/s/ Jeffrey S. Weinstein
Jeffrey S. Weinstein
Bruce R. Kaliner
One New York Plaza, Fl. 44
New York, NY 10004
T: (212) 804-4200
F: (212) 334-8066
JWeinstein@moundcotton.com
BKaliner@moundcotton.com

Attorneys for Certain Underwriters at Lloyd's, London Subscribing to Policy No. B0180ME2222520