UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NEWMONT CORPORATION and NEWMONT GHANA GOLD LIMITED,

                    Plaintiffs,      Case No. 1:24-cv-5298 (MMG)

    v.

                             **Notice of Appearance**

AMERICAN INTERNATIONAL GROUP UK LIMITED; MUNCHENER RUCKVERSICHERUNGS-GESELLSCHAFT; SCOR SE; SWISS REINSURANCE COMPANY LIMITED; STARR INTERNATIONAL (EUROPE) LIMITED; ZURICH AMERICAN INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. B0180ME2222520; CANOPIUS CORPORATE CAPITAL LIMITED, SUBSCRIBING TO POLICY NO. B0180ME2218821; HISCOX DEDICATED CORPORATE MEMBER LIMITED, SUBSCRIBING TO POLICY NO. B0180ME2218751; and LLOYD'S UNDERWRITER SYNDICATE NO. 0382 HDU SUBSCRIBING TO POLICY NO. B0180ME2218783,

                                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       **PLEASE TAKE NOTICE**, that the undersigned counsel, who is admitted to practice in this Court, hereby appears in the above-referenced action as counsel for Defendants.

Dated:   New York, New York
           October 23, 2024

                                    By:   /s/ Victoria S. Holzinger
                                           Victoria S. Holzinger
                                           Mound Cotton Wollan & Greengrass LLP
                                           One New York Plaza, Fl. 44
                                           New York, NY 10004
                                           VHolzinger@moundcotton.com
                                           T: (212) 804-4200
                                           F: (212) 334-8066

                                           *Attorneys for Defendants*