USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWMONT CORPORATION and NEWMONT GHANA GOLD LIMITED,

          Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP UK LIMITED; MUNCHENER RUCKVERSICHERUNGS-GESELLSCHAFT; SCOR SE; SWISS REINSURANCE COMPANY LIMITED; STARR INTERNATIONAL (EUROPE) LIMITED; ZURICH AMERICAN INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. B0180ME2222520; CANOPIUS CORPORATE CAPITAL LIMITED, SUBSCRIBING TO POLICY NO. B0180ME2218821; HISCOX DEDICATED CORPORATE MEMBER LIMITED, SUBSCRIBING TO POLICY NO. B0180ME2218751; and LLOYD'S UNDERWRITER SYNDICATE NO. 0382 HDU SUBSCRIBING TO POLICY NO. B0180ME2218783,

          Defendants.

Civil Action No. 1:24-cv-05298-MMG

[~~PROPOSED~~] ORDER

## [~~PROPOSED~~] ORDER

Upon reviewing Plaintiffs' Unopposed Motion for the Issuance of Letters of Request / Letters Rogatory to Activa International Insurance Company (Ghana) Limited and certain witnesses and supporting documents filed contemporaneously therewith, and it appearing that the documents, interrogatory responses and testimony sought are material and necessary to the issues of this action,

NOW, pursuant to Federal Rule of Civil Procedure 28(b), it is hereby ordered as follows:

2

1. The Clerk of this Court shall issue the Letters of Request / Letters Rogatory for the production of documents, responses to interrogatories and oral testimony of Activa International Insurance Company (Ghana) Limited and certain witnesses in this action.

2. The appropriate judicial authority in the Republic of Ghana is hereby authorized to administer the requests for production of documents, responses to interrogatories and oral testimony of Activa International Insurance Company (Ghana) Limited and certain witnesses, and the appropriate judicial authority in the Republic of Ghana shall have the power by virtue of the Letters of Request / Letters Rogatory to administer any necessary oath and to take and report the testimony.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 105 and 106.

SO ORDERED. Dated July 2, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE