**MOUND COTTON WOLLAN & GREENGRASS LLP**
COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

JEFFREY S. WEINSTEIN
(212) 804-4226
JWeinstein@moundcotton.com

WWW.MOUNDCOTTON.COM

August 11, 2025

**VIA ECF**

Honorable Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

    Re:    *Newmont Corporation, et al. v. American International Group UK Limited, et al.*
           Case No.:    1:24-cv-5298 (MMG)
           Our File No.:    4000.847

Dear Judge Garnett:

    We represent the Defendants in this matter. We write with the consent of the Plaintiffs to request that the Court grant an extension of time for fact discovery from September 12, 2025 to December 19, 2025 under the Civil Case Management Plan and Scheduling Order (Dkt. No. 88, December 16, 2024).

    As the Court may recall from the October 31, 2024 pre-trial conference, this is a complex litigation involving a contractual dispute for a commercial property program covering worldwide locations. The property at issue in this litigation (a large gear associated with a grinding mill) is located at a gold mine in Republic of Ghana. The litigation involves many foreign parties in multiple jurisdictions, and the majority of the required factual discovery by the parties is outside of the United States.

    The parties have been working cooperatively on fact discovery and have actively engaged in discussions and conducted multiple "meet and confer" conferences to resolve discovery disputes on an ongoing basis. To date, each party has made and continues to make substantial rolling document productions, not only for their respective clients (ten defendants and two plaintiffs), but also voluntarily for certain third parties located outside of the United States. In particular, the Defendants have produced documents from seven parties located outside the United States in the U.K., E.U., and Australia, and the Plaintiffs have (or will be) producing documents from seven parties outside of the United States.

MOUND COTTON WOLLAN & GREENGRASS LLP

Honorable Margaret M. Garnett, U.S.D.J.
August 11, 2025
Page 2

In addition, Letters Rogatory/Letters of Request to third parties in Australia and Ghana have been issued by this Court (Order Issuing Letters Rogatory to Activa International Insurance Company Ghana) Ltd., Dkt. No. 107 (July 2, 2025) and Order Issuing Letters Rogatory to Metso Corporation, Dkt. No. 103 (May 1, 2025). Currently, the government/courts in Australia and Ghana have not yet acted with the issuance/service of the respective Letters Rogatory. The timing for Metso and Activa to produce documents and provide witnesses for deposition testimony is uncertain and not within the parties' control, but the respective parties are each working with local counsel in Australia and in Ghana in an effort to expedite discovery in these two countries.

The parties anticipate that fact depositions will commence in September 2025. The parties are cooperatively discussing logistical issues, including scheduling in-person and remote depositions. As a complicating matter, many of the witnesses are located in the United Kingdom or the European Union, and annual leaves and summer vacations scheduled through the late summer in August and early September must be taken into account.

The parties have agreed on the updated discovery dates below, subject to the Court's consideration:

|  | Current Date | Proposed Date |
|---|---|---|
| Completion of Fact Discovery | 9/12/2025 | 12/19/2025 |
| Request to Admit | 7/18/2025[1] | 11/19/2025 |
| Court Conference ~~or joint letter~~ | 11/13/2025 @ 9:30am | ~~Defer to Court~~ January 22, 2026 at 9:30 AM |
| Party-Proponent Expert Disclosure | 10/10/2025 | 1/12/2026 |
| Party-Proponent Expert Opposition | 12/12/2025 | 3/12/2026 |
| Completion of Expert Discovery | 2/13/2026 | 5/13/2026 |

We thank the Court for its consideration of this matter and will await whether the parties should submit a Discovery Scheduling Order or if the Court prefers to So Order this joint letter request.

Respectfully submitted,

MOUND COTTON WOLLAN &
GREENGRASS LLP

By: *Jeffrey S. Weinstein*
    Jeffrey S. Weinstein

JSW:cer

cc: All Counsel of Record (Via ECF)

---

[1] By agreement of the parties, Requests to Admit were not served on each other given the joint request to extend fact discovery.

GRANTED. The discovery deadlines in this case are EXTENDED to the proposed dates set forth above. The parties are reminded to comply with this Court's post-fact discovery procedures set forth in Sections II(A)(7) and II(B)(9) of the Court's Individual Rules, in advance of the conference now scheduled for January 22, 2026 at 9:30 a.m.

SO ORDERED. Dated August 12, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE