MOUND COTTON WOLLAN & GREENGRASS LLP
COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

JEFFREY S. WEINSTEIN
(212) 804-4226
JWeinstein@moundcotton.com

August 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

**VIA ECF**

Honorable Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

Re *Newmont Corporation, et al. v. American International Group UK Limited, et al.*
Case No.: 1:24-cv-5298 (MMG)

Dear Judge Garnett:

We represent Defendants in this matter. Pursuant to the Court's March 24, 2026 Order (Dkt. No. 138 via ECF), we write with the consent of Plaintiffs' counsel to inform the Court that the parties agree that there are no issues that require the Court's attention, and fact discovery has successfully concluded. Therefore, the parties request an adjournment of the Thursday, August 13, 2026 court conference.

The parties are in discussions concerning some lingering issues relating to fact discovery, but the parties anticipate that they will be able to work out any differences and need not involve the Court. Accordingly, the parties are proceeding to the expert phase of discovery per the Court's April 2, 2026 Order (Dkt. No. 148).

We thank the Court for its consideration of this matter.

Respectfully submitted,

MOUND COTTON WOLLAN & GREENGRASS LLP

By: *Jeffrey S. Weinstein*
Jeffrey S. Weinstein

GRANTED. The post-fact discovery conference previously scheduled for Thursday, August 13, 2026 is hereby ADJOURNED sine die. The parties shall proceed with expert discovery in accordance with the schedule set forth in the Court's April 2, 2026 Order, Dkt. No. 148.

SO ORDERED. Dated August 7, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE